### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Luis O. Gonzalez-Encarnación, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations and have been since December 2023. I am currently assigned to the Immigration Crimes Group in San Juan, Puerto Rico. Prior to my appointment as a Homeland Security Investigations Special Agent, I was appointed in 2019 as a Border Patrol Agent with the United States Border Patrol. As a Homeland Security Investigations Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that

investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. 1326(a) – Reentry of removed alien has been committed by **Eddy CASTILLO-Brito.**

## PROBABLE CAUSE

4. On December 4, 2025, personnel from Immigration and Customs Enforcement (ICE) HSI, and ICE Enforcement and Removal Operations (ERO) encountered **EDDY CASTILLO BRITO**, hereinafter "**CASTILLO**", at Calle Manati, San Juan, Puerto Rico, on a public area. During the encounter of **CASTILLO**, a brief immigration inspection was conducted on scene utilizing a mobile immigration database search, where it was determined that the subject was an alien present in the United States without immigration status.

5. HSI Special Agents (SA) and/or ERO Deportation Officers (DO) determine **CASTILLO** had unlawfully entered the United States from the Dominican Republic, at a time and place other than as designated by the Secretary the Department of Homeland Security of the United States. After determining that **CASTILLO** was an alien who illegally entered the United States, the subject was placed under arrest.

6. Due to the rapidly evolving circumstances and officer safety concerns in a known high-crime area, agents determined that remaining on scene to complete and issued Form-I-200 would unreasonably increase the risk to both officers and bystanders. As individuals began to exit nearby residences and congregate in the immediate vicinity

of the arrest, agents elected to effect a warrantless arrest and depart the area without delay, intending to complete the associated administrative documentation at a secure location.

7. HSI SAs read **CASTILLO,** his Miranda rights which **CASTILLO** waived and agreed to speak with the agents without the presence of an attorney. **CASTILLO** admitted to being illegally present in the United States.

8. **CASTILLO** admitted the following:

    a. He was born in Nagua, Dominican Republic.

    b. He was removed previously from the United States.

    c. After being deported, **CASTILLO** entered without inspection in July 2003 via Yawl near Cabo Rojo, PR.

9. As to **CASTILLO** immigration and criminal history, record checks revealed the following:

    a. On 5/24/2000, **CASTILLO** was apprehended by immigration officers. **CASTILLO** was granted Voluntary Departed and departed the United States back to the Dominican Republic.

    b. Voluntary Departure was confirmed on 5/26/2000. **CASTILLO** then illegally reentered the United States at an unknown place in Puerto Rico and at an unknown date and time.

    c. On 2/7/2003 **CASTILLO** was apprehended for utilizing false documents of a USC. He was issued an NTA and released that same day. He had an initial immigration court date on February 19, 2003, and a subsequent immigration court hearing on March 5, 2003, in which he was issued a final order of removal

       by an immigration judge. On April 17, 2003, the subject was removed from the United States.

    d. Record checks also revealed that **CASTILLO** used other names on previous encounters to conceal his identity. **CASTILLO** has used the following akas: Orlando **CASTILLO**-Brito and Emanuel MEDINA Jimenez (USC identity).

10. Record checks also revealed that as of December 4, 2025, **CASTILLO** had not applied requesting permission to enter the United States (Form I-212) before the United States Citizenship and Immigration Services (USCIS). Thus, **CASTILLO** has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

[*space left intentionally blank*]

## **CONCLUSION**

11. Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that **CASTILLO** reentered the United States after being removed in violation of 8 U.S.C. 1326(a) Reentry of removed alien.

Respectfully submitted,

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.12.08 11:25:19 -04'00'

Luis O. Gonzalez-Encarnación
Special Agent
Homeland Security Investigations

Sworn pursuant to FRCP 4.1 at 12:09 p.m. by telephone, this 8th day of December, 2025.

Hon. Héctor Ramos-Vega
United States Magistrate Judge
United States District Court
District of Puerto Rico